**In the Interest of A.R.K.; Plaintiff,**

**D.L.H. and C.W.H., Respondents,**

v.

**A.H. (Natural Mother); Appellant,**

**S.S. (Putative Father); and John Doe (Unknown Father), Defendants.**

No. WD 66683.

Missouri Court of Appeals,
Western District.

Oct. 17, 2006.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 21, 2006.

Application for Transfer Denied
Jan. 30, 2007.

---

Sharon R. Lowenstein, Kansas City, MO, for plaintiff.

Sanford P. Krigel, Kansas City, MO, for appellant.

James A. Waits, Kansas City, MO, for respondents, D.L.H. and C.W.H.

Jay W. Jensen, Independence, MO, for Respondent, MO. Children's Division.

S.S. and John Doe, Defendants.

Before JOSEPH M. ELLIS, P.J., ROBERT G. ULRICH and RONALD R. HOLLIGER, JJ.

### ORDER

PER CURIAM.

A.H. (Mother) appeals the judgment terminating her parental rights to A.R.K. (Child) and granting the petition of D.L.H. and C.W.H. (Foster Parents) to adopt Child.[1]

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).

---

1. The natural father's parental rights to A.R.K. were also terminated. Father has not appealed the judgment.